741 A.2d 79

IN THE MATTER OF RICHARD M. MILSTEAD,
AN ATTORNEY AT LAW.

December 9, 1999.

## ORDER

The Disciplinary Review Board on June 22, 1999, having filed with the Court its decision concluding that **RICHARD M. MILSTEAD** of **VINELAND,** who was admitted to the bar of this State in 1965, should be reprimanded for violating *RPC* 1.15(a) (failing to safeguard escrow funds), *RPC* 3.4(c) (disobeying an obligation under the rules of a tribunal), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **RICHARD M. MILSTEAD** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.